IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40602
Summary Calendar
_____


EDWARD C. CHARLES,

                              Plaintiff-Appellant,

versus

CAROL S. VANCE, Chairman,
Texas Board of Criminal Justice;
et al.,

                              Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:94-CV-136
- - - - - - - - - -
April 22, 1997
Before KING, JOLLY and DENNIS, Circuit Judges.

PER CURIAM:*

Edward C. Charles, Texas state prisoner # 627324, requests permission to proceed in forma pauperis (IFP) in the appeal of the denial of his 42 U.S.C. § 1983 lawsuit. Chief Judge Politz ordered Charles to file an affidavit for leave to proceed IFP on appeal pursuant to the Prison Litigation Reform Act of 1995 (PLRA). The order held Charles' appeal in abeyance for 30 days

_____

* Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

pending payment of the $105 filing fee or submittal of the required documents pursuant to the PLRA.  Charles timely responded; however, the documentation submitted by Charles does not comply with the requirements imposed by the PLRA because he did not submit information regarding his prison trust account for the required six-month period.  See § 1915(a), (b).  Accordingly, Charles' motion for leave to proceed IFP on appeal is DENIED, and his appeal is DISMISSED for want of prosecution.  See 5th Cir. R. 42.3.  Should Charles wish to reinstate his appeal, he is instructed to pay the $105 filing fee to the clerk of the district court within 30 days from the date of this order.

MOTION DENIED.  APPEAL DISMISSED.